IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC., as Sub-Servicer for Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), as Indenture Trustee, Grantor Trust Trustee and Back-up Servicer for Captec Franchise Trust 00-00001, a Delaware Business Trust, deceased, | Civil No. 3:03-0702 Judge Trauger Magistrate Judge Knowles |
| Plaintiff, | |
| v. | |
| BOARDMAN BIG BOY, L.L.C., MICHAEL DANNER, PAUL RAMSEY, and SARAH RAMSEY, | |
| Defendants. | |

## **O R D E R**

On September 7, 2005, the Magistrate Judge issued a Report and Recommendation (Docket No. 45), recommending that the plaintiff be awarded attorney's fees and expenses in the amount of $55,096.54. No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff is awarded $55,096.54 in attorney's fees and expenses.

All matters now having been disposed of, it is hereby **ORDERED** that this case shall be **CLOSED**.

It is so **ORDERED**.

ENTER this 26th day of September 2005.

_____
ALETA A. TRAUGER
U.S. District Judge